IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| THOMAS DUANE RAMEY, | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO. 4:10-CV-06 (CDL) |
| STATE OF GEORGIA, et al., | * | |
| Defendants. | * | |

ORDER ON RECOMMENDATION OF DISMISS
BY UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on February 8, 2010, is hereby approved, adopted, and made the Order of the Court. The objections of the Plaintiff have been considered and are found to be without merit.

Accordingly, Plaintiff's claims for damages against Defendant Martin for false arrest and excessive force are stayed until the underlying state criminal case is terminated. All of Plaintiff's remaining claims and motions are dismissed and denied.

IT IS SO ORDERED, this 5th day of March, 2010.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE